UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

THERMO CREDIT, L.L.C.                              CIVIL ACTION

versus                                             NO.:  07-3734

ICOE, INC., MARTIN SCOTT HALL                      SECTION "C" MAG. 4
and NAVICOMM, INC.

## ORDER

CONSIDERING THE FOREGOING Motion and Incorporated Memorandum to Withdraw Motion to Dismiss,

IT IS ORDERED that the Motion to Dismiss for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2) filed by Defendant Martin Scott Hall is withdrawn.

New Orleans, Louisiana, this 21st day of February, 2008.

_____
UNITED STATES DISTRICT JUDGE

707088_1